UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GERMELLE DEWBERRY,
    Defendant.

Case No.   1:00cr70-03
(Hogan, MJ.)

2006 SEP 18 PM 1:58

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: Arthur Hill
Court Reporter: none present
Date/Time: September 18, 2006 at 1:30 PM

United States Attorney: _Robert Brichler_   Defendant Attorney: _Richard Smith-Monahan_

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [X] petition for probation / supervised release
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel ~~previously~~ appointed. _FPD_

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____

AUSA Exhibits: _____   Defendant Exhibits: _____

[X] Preliminary Exam Hearing set _9-20-06 @ 1:00pm_
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: