# United States District Court

SOUTHERN DISTRICT OF OHIO

2006 SEP 18 PM 1:58

UNITED STATES OF AMERICA

V.

**GERMELLE DEWBERRY**

NOTICE

CASE NUMBER: **1:00cr70-03**

(Hogan, MJ)

| TYPE OF CASE | ☐ CIVIL | ☒ CRIMINAL |
|---|---|---|

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 706 |
| | DATE AND TIME |
| | 9-20-06 at 1:00 pm |

TYPE OF PROCEEDING

Probable Cause Hearing       the Honorable Timothy S. Hogan, U.S. Magistrate Judge.

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| | | |

JAMES BONINI, CLERK
U.S. MAGISTRATE OR CLERK OF COURT

s/Arthur Hill
(BY) DEPUTY CLERK

September 18, 2006
DATE

TO: Federal Public Defender

CC: U.S. Probation Office
   Pretrial Services
   U.S. Marshal's Office (FAX: 684-6397)
   U.S. Attorney's Office (ATTN: Robert Brichler)

**NOTE: It is the responsibility of Counsel to notify their clients.**