IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                                      Case Number: 1:00CR70

GERMELLE DEWBERRY

Supervised Release is revoked and time served followed by:

2 Years Supervised Release

Conditions:

    120 days of Home Confinement with electronic monitoring.

    Participation in Substance Abuse Program at discretion of Probation Officer

    Defendant shall pay the remaining balance of the fine through monthly installment payments of $30.00

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Julie Wolfer, Official

Date:                 October 30, 2006