AO 245D (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GERMELLE DEWBERRY** | **JUDGMENT IN A CRIMINAL CASE**<br>(For *Revocation* of Probation or Supervised Release)<br><br>Criminal Number:   *1:00CR70*<br><br>USM Number:   03339-061<br><br>Mr. Smith-Monahan<br>Defendant's Attorney |

### THE DEFENDANT:

[✔]   admitted guilt to violation of condition(s) of the term of supervision.

[ ]   was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committed another crime | 5/2006 |
| 2 | Tested positive for marijuana | 12/2005 |
| 3 | Failed to report to Probation Officer | 6/2006 |
| 4 | Violated special condition of supervised release which states "The supervised releasee shall complete 75 days of home confinement with electronic monitoring." | 4/2006 |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   **2029** | October 30, 2006<br>Date of Imposition of Sentence |
| Defendant's Date of Birth:   **1970** | |
| | _/s/ Susan J. Dlott_<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>*3612 LaSalle Ave.*<br>*Cincinnati, OH. 45205* | |
| Defendant's Mailing Address:<br>*3612 LaSalle Ave.*<br>*Cincinnati, OH. 45205* | **SUSAN J. DLOTT**, United States District Judge<br>Name & Title of Judicial Officer |
| | November 1, 2006<br>Date |

AO 245B (Rev. 06/05)  Sheet 3 - Supervised Release

CASE NUMBER:       1:00CR70                                                                                      Judgment - Page 2 of 3
DEFENDANT:         GERMELLE DEWBERRY

## SUPERVISED RELEASE

The defendant's supervised release is revoked and is sentenced to time served followed by _2 years of Supervised Release_. The defendant is required to abide by the standard conditions of supervised release adopted by the Southern District of Ohio. The defendant shall participate in a Home Confinement Program for a period of 120 days with electronic monitoring. The defendant shall comply with the rules of home confinement and electronic monitoring as adopted by the Southern District of Ohio and must remain at his place of residence except for employment, treatment, or other activities approved in advance by his Probation Officer. The fees of electronic monitoring may be waived based on the probation officer's evaluation of the defendant's financial condition. The defendant shall participate in a substance abuse treatment program at the direction of the probation officer, which may include testing. The defendant shall be prohibited from the use of all intoxicants, including alcohol. The defendant shall pay the remaining balance of the fine through monthly installment payments of $30.00.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

[ ]     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

| CASE NUMBER: | 1:00CR70 | Judgment - Page 3 of 3 |
|---|---|---|
| DEFENDANT: | GERMELLE DEWBERRY | |

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| CASE NUMBER: | 1:00CR70 | Judgment - Page 3 of 3 |
|---|---|---|
| DEFENDANT: | GERMELLE DEWBERRY | |