PROB 12A
(12/98)

# United States District Court

FEB 1 6 2007

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Germelle Dewberry**                    Case Number:    **CR-1-00-070-03**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **February 22, 2001**

Original Offense: **Conspiracy to Distribute Marijuana, Cocaine, and Cocaine Base, in violation of 21 USC §§ 846 and 841(a)(1) and (b)(1)(C), a class C felony.**

Original Sentence: **60 months BOP confinement, 3 years supervised release. October 30, 2006, Supervised Release revoked, credit for time served (4 months), 2 years supervised release, 120 days of electronic monitoring.**

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **October 30, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |

1) On February 9, 2007, Dewberry was arrested by the Cincinnati Police on charges of Possession of Cocaine and Driving Under Suspension. The complaint alleges the defendant was questioned by the police while he was in the driver's seat of a parked car. Further investigation determined the defendant was driving under a suspended driver's license. A search subsequent to the defendant's arrest by the police discovered crack cocaine in an eye glass case located in the center console.

2) On December 27, 2006, the defendant was cited by the Cincinnati Police on the charge of Driving Under Suspension. The charge is still pending in Hamilton County, Ohio Municipal Court.

**U.S. Probation Officer Action:**

Dewberry contacted the Probation Office of the recent charges as a result of having to explain his absence on electronic monitoring. He maintains his innocence, and stated the cocaine was not his, nor was he aware that it was in the vehicle. Dewberry has had a number of driving under suspension charges during the previous supervision, and has already been cited twice in the first four months of the new supervised release term.

PROB 12A
(12/98)

2

However, Dewberry is still on electronic monitoring, and is maintaining his innocence. Therefore, this officer is respectfully recommending no action be taken at this time to allow for the charges to be prosecuted.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *Robert C. Frommeyer Jr.* | by *John Cole* |
|  | Senior U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date:   February 14, 2007 | Date:   February 16, 2007 |



[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

2/21/07
Date