PROB 12A
(12/98)

\*

# United States District Court

MAR   1 2007

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Germelle  Dewberry**                    Case Number:      **CR-1-00-070-03**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
                                        **United States District Judge**

Date of Original Sentence: **February 22, 2001**

Original Offense: **Conspiracy to Distribute Marijuana, Cocaine, and Cocaine Base, in violation of 21
            USC §§ 846 and 841(a)(1) and (b)(1)(C), a class C felony.**

Original Sentence: **60 months BOP confinement,  3 years supervised release.  October 30, 2006,
            Supervised Release revoked, credit for time served (4 months), 2 years supervised
            release, 120 days of electronic monitoring.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **October 30, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |

On February 9, 2007, Dewberry was arrested by the Cincinnati Police on
charges of Possession of Cocaine and Driving Under Suspension.   On
February 20, 2007, the case was ignored by the Hamilton County Grand Jury.

**U.S. Probation Officer Action:**

This officer previously informed the Court of this arrest in a report to the Court dated February 14, 2007.  The
drug case was ignored by the Hamilton County Grand Jury.   Therefore, this officer is respectfully
recommending no action be taken and the matter be considered closed.

PROB 12A
(12/98)

2

                                        RE:     Dewberry, Germelle
                                                CR-1-00-070-03


            Respectfully submitted,                    Approved,

by                                          by

    **Robert C. Frommeyer Jr.**                **John Cole**
    Senior U. S. Probation Officer             Supervising U. S. Probation Officer
    Date:      **February 27, 2007**           Date:      **February 27, 2007**


[X]     I concur with the recommendation of the Probation Officer
[ ]     Submit a Request for Modifying the Condition or Term of Supervision
[ ]     Submit a Request for Warrant or Summons


                                        Signature of Judicial Officer

                                        March 2, 2007
                                        Date