PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Germelle Dewberry**  Case Number: **CR-1-00-070-03**

Name of Sentencing Judicial Officer:  **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **February 22, 2001**

Original Offense: **Conspiracy to Distribute Marijuana, Cocaine, and Cocaine Base, in violation of 21 USC §§ 846 and 841(a)(1) and (b)(1)(C), a class C felony.**

Original Sentence: **60 months BOP confinement, 3 years supervised release. October 30, 2006, Supervised Release revoked, credit for time served (4 months), 2 years supervised release, 120 days of electronic monitoring.**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **October 30, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |

1) On April 23, 2007, Dewberry was arrested on the charge of Driving Under Suspension. On June 28, 2007, Dewberry pled no contest, and was found guilty. He was sentenced to serve 30 days confinement.

2) On June 9, 2007, Dewberry was arrested on charges of Contempt of Court (child support) and Domestic Violence. On July 3, 2007, the Domestic Violence charge was dismissed. However, Dewberry was found in contempt of court on the child support issue due to not having come up with $900.00 for his arrearage. He was ordered to serve 60 days confinement.

**U.S. Probation Officer Action:**

Dewberry was actively paying his current child support, but was unable to come up with an additional $900.00 towards the arrearage he owes. As a result of this confinement, he lost his job, and is currently job seeking. He was also convicted of Driving Under Suspension and received 30 days confinement. In both instances, the punishment levied in Hamilton County Municipal Court and Hamilton County Juvenile Court is adequate punishment given the situations. The domestic violence charge had no validity to it at all, and was just one of his children's mother being upset when she learned that Dewberry has plans to marry his current girlfriend and tried to retaliate. She did not show up for court after filing the charges. Therefore, this officer is respectfully recommending no action be taken for these convictions.

PROB 12A
(12/98)

2

RE:   Dewberry, Germelle
      CR-1-00-070-03

| Respectfully submitted, | Approved, |
|---|---|
| by *[signature]* by *[signature]* | *[signature]* |
| **Robert C. Frommeyer Jr.** | **John Cole** |
| Senior U. S. Probation Officer | Supervising U. S. Probation Officer |
| Date:  **August 3, 2007** | Date: |

[X]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

Aug 6, 2007
Date