PROB 12A
(12/93)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Germelle Dewberry**  Case Number: **CR-1-00-070-03**

Name of Sentencing Judicial Officer:  **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **February 22, 2001**

Original Offense: **Conspiracy to Distribute Marijuana, Cocaine, and Cocaine Base, in violation of 21 USC §§ 846 and 841(a)(1) and (b)(1)(C), a class C felony.**

Original Sentence: **60 months BOP confinement, 3 years supervised release. October 30, 2006, Supervised Release revoked, credit for time served (4 months), 2 years supervised release, 120 days of electronic monitoring.**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **October 30, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |
| | On March 28, 2008, Dewberry was arrested on the charges of Driving Under Suspension and Falsification. The charges are set for a bench trial on May 6, 2008. |
| | In the complaint, Dewberry was alleged to have provided a false name to the police when pulled over for a traffic violation and failed to show identification. |
| #2 | **Standard Condition: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.** |
| | Dewberry failed to report as required between the months of October 2007 through March 2008. He also failed to submit monthly supervision reports as required through the same time period. |

**U.S. Probation Officer Action:**

This officer was able to re-establish contact with Dewberry after an extended period of non-reporting. He is gainfully employed at Swann's Foods in Florence, Kentucky, which partially explains why he did not report as required. During the non-reporting period, Dewberry and his fiancee moved to a new residence, and had

PROB 12A
(12/98)

2

RE:   Dewberry, Germelle
      CR-1-00-070-03

notified this officer of the street name, but not the numerical address on the street. Therefore, it was difficult to know where he was living. However, this officer was able to locate the address, and re-establish contact. In addition, Dewberry was arrested on charges of Driving Under Suspension and Falsification. Both are misdemeanors. The case is set for a bench trial. This officer had a meeting with Dewberry and confronted him about his non-reporting and the new charges. This officer discussed possible sanctions with him if the conduct and lack of responsibility persisted. Dewberry indicated he understood the situation.

As mentioned, the new charges are scheduled for trial. Therefore, this officer is respectfully recommending the Court take no action at this time to allow the new cases to be prosecuted.

Respectfully submitted,

by

Robert C. Frommeyer Jr.
Supervising U. S. Probation Officer
Date:   April 28, 2008

[X]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

April 30, 2008
Date